A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Sep 01, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Filed: 09/01/2010**
**U.S. District Court**
**East Dist. of MI Detroit**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 17, 2010

FILED
CLERK'S OFFICE

IN RE: FORD MOTOR CO. SPEED CONTROL
DEACTIVATION SWITCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1718

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 14 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Michigan.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the Eastern District of Michigan. with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 01, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the
original on file in this office.

**Clerk, U.S. District Court**
**Eastern District of Michigan**

By *Sarah Schoenherr*
Deputy Clerk

**IN RE: FORD MOTOR CO. SPEED CONTROL
DEACTIVATION SWITCH PRODUCTS
LIABILITY LITIGATION**                                          MDL No. 1718


## SCHEDULE FOR CONDITIONAL REMAND ORDER


| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| MIE | 2 | 08-12976 | ARW | 1 | 08-1032 | Vincent Green v. Ford Motor Co. |
| MIE | 2 | 05-74375 | FLM | 8 | 05-1139 | Michael T. Iley, et al. v. Ford Motor Co., et al. |
| MIE | 2 | 10-11128 | FLM | 8 | 10-98 | Encompass Floridian Insurance Co., etc. v. Ford Motor Co. |
| MIE | 2 | 06-10054 | FLS | 0 | 05-61591 | Brenda Shaver v. Ford Motor Co., et al. |
| ~~MIE~~ | ~~2~~ | ~~07-12411~~ | ~~GAN~~ | ~~1~~ | ~~07-928~~ | ~~David Justice, et al. v. Ford Motor Co., et al.~~ |
| MIE | 2 | 09-14780 | GAN | 1 | 09-1833 | Philip A. Meade v. Ford Motor Co. |
| MIE | 2 | 09-13883 | GAN | 1 | 09-2337 | The Phoenix Insurance Co., etc. v. Ford Motor Co. |
| MIE | 2 | 10-10470 | GAN | 1 | 09-3333 | The Charter Oak Fire Insurance Co., etc. v. Ford Motor Co. |
| MIE | 2 | 08-12548 | GAS | 2 | 08-22 | John Shaver, Jr., et al. v. Ford Motor Co. |
| ~~MIE~~ | ~~2~~ | ~~10-10695~~ | ~~IAS~~ | ~~3~~ | ~~09-169~~ | ~~Jeff Miller, et al. v. Ford Motor Co., et al.~~ |
| MIE | 2 | 05-74529 | ILC | 2 | 05-2236 | Dana C. Gray v. Ford Motor Co. |
| MIE | 2 | 09-10699 | ILN | 1 | 08-7139 | General Casualty, etc. v. Ford Motor Co. |
| MIE | 2 | 07-10374 | OKW | 5 | 06-862 | Todd Vicsek, et al. v. Ford Motor Co. |
| MIE | 2 | 09-14878 | OKW | 5 | 09-1090 | Central Mutual Insurance Co., etc. v. Ford Motor Co. |
| MIE | 2 | 09-12348 | PR | 3 | 08-2390 | Jose A. Rodriguez-Reyes, et al. v. Ford Motor Co. |
| ~~MIE~~ | ~~2~~ | ~~09-13885~~ | ~~SC~~ | ~~1~~ | ~~09-2053~~ | ~~Justin Parrish, et al. v. Ford Motor Co., et al.~~ |
| MIE | 2 | 08-13325 | SC | 4 | 08-2013 | David M. Wise v. Ford Motor Co. |
| ~~MIE~~ | ~~2~~ | ~~10-10471~~ | ~~TNW~~ | ~~2~~ | ~~09-2751~~ | ~~Ken Melton, et al. v. Ford Motor Co., et al.~~ |
| MIE | 2 | 10-10698 | TXS | 2 | 09-346 | Kenneth Lacour v. Ford Motor Co. |
| MIE | 2 | 06-13983 | TXS | 4 | 06-575 | Jesus Lopez, et al. v. Ford Motor Co. |
| MIE | 2 | 08-13326 | UT | 2 | 08-451 | Matthew Rindlisbacher, et al. v. Ford Motor Co., et al. |
| MIE | 2 | 08-15296 | UT | 2 | 08-841 | David A. Brown, et al. v. Ford Motor Co. |