IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VINCENT GREEN                                                                PLAINTIFF

v.                              Case No. 08-1032

FORD MOTOR COMPANY                                                DEFENDANT

### ORDER

Now on this 6th day of July 2011, there comes on for consideration the report and recommendation filed herein on June 15, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 29). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Extinguish the Liens Alleged by Shelter and State Farm Insurance Companies (doc. 20) is GRANTED in its entirety.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**