IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VINCENT GREEN                                                          PLAINTIFF

V.                      CIVIL NO. 08-1032

FORD MOTOR COMPANY                                                     DEFENDANT

### **O R D E R**

NOW on this 18th day of July, 2011, comes on for consideration Plaintiff's Motion to Dismiss With Prejudice (doc. 31) filed by the parties.

IT APPEARING to the court that the matter has been settled, counsel for Plaintiff having so advised the court, it is ORDERED that the motion be GRANTED and the case be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**